IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

| | |
|---|---|
| MUJTABA QEYAMI,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN, FOLKSTON ICE PROCESSING CENTER, et al.,<br><br>    Respondents. | CIVIL ACTION NO.: 5:25-cv-87 |

**O R D E R**

Petitioner filed an Unopposed Motion to Withdraw Motion for Temporary Restraining Order. Doc. 27. The Court **GRANTS** this Motion and **DIRECTS** the Clerk of Court to terminate Petitioner's Motion for Temporary Restraining Order. Doc. 6. Nothing in this Order should be deemed a waiver of Petitioner's right to file another motion for injunctive relief.

**SO ORDERED**, this 17th day of October, 2025.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA